# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

- PO: 097X 4 / 7X07 (Assigned / Disp./Sentence)
- Misd.: ☐
- Felony: ☒ District
- U.S. vs. **MARY ELLEN AHMAOGAK**
- Case Filed: 12/17/91
- Docket No.: F91-0128-1
- No. of Def's: 1

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18 USC 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
|  | <u>Superseding Information filed 1/6/92</u> |  |
| 18 USC 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
|  | <u>Second Superseding Information filed 3/6/92</u> |  |
|  | UNLAWFUL ENTRY OF MILITARY INSTALLATION | 1 |

## II. KEY DATE

- INTERVAL ONE — KEY DATE: (EARLIEST OF arrest/sum'ns/custody/appears-on complaint)
- END ONE AND/OR BEGIN TWO — KEY DATE: 12-17-91 (Indictment filed/unsealed — checked)
- END INTERVAL TWO — KEY DATE: APPLICABLE

## ATTORNEYS

U.S. Attorney: Mr. Stephen Cooper, Assistant U.S. Attorney, 101 12th Avenue - Box 2, Fairbanks, Alaska 99701 (907) 456-0245

Defense: 1 ☒ CJA

Chris Bataille
100 Cushman Street, Suite 501
Fairbanks, AK 99701
(907) 451-0110

| DATE / DOCUMENT NO. | Yr. Docket No. Def. F91-128 CR 1 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT  PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date/End Date | Ltr. Code | Total Days | LETTER CODES |
|---|---|---|---|---|---|---|
| 1991 | (OPTIONAL) Show last names of defendants | **V. PROCEEDINGS** | | | | A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)] |
| Dec 17 | 1 | FILED Indictment | | | |  |
| 1992 | | | | | | |
| Jan 3 | 2 | FILED Crt Min from Arrgnt - Plntf to file superceding info charging a misdemeanor; parties have reached a plea agreement; COP/Sentencing to superceding info will be 3/6/92 at 9:15 AM   cc: cnsl/USMS/USPO/AUSA | | | | B NARA exam (18 USC 2902) [(1)(B)]<br>C State/Fed.l proceedings on other charges [(1)(D)]<br>D Interlocutory appeal [(1)(E)]<br>E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)] |
| 6 | 3 | FILED Superseding Infomation | | | | F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)] |
| 8 | 4 | FILED Apptmt of and Authority to Pay Crt apptd Cnsl - Bataille | | | | |
| Mar 6 | 5 | FILED Second Superseding Information   cc: cnsl/USMS/USPO/AUSA | | | | |
| 6 | 6 | FILED Crt Min from sentencing   cc: cnsl/USMS/USPO/AUSA | | | | |
| 12 | 7 | FILED Judgment - $25.00 SA; $250.00 Fine   cc: cnsl/def/USMS/USPO/AUSA | | | | G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)] |
| Apr 29 | 8 | FILED Claim for expert Services | | | | H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]<br>5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]<br>6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)] |
| July 29 | 9 | FILED Claim for services _ Chris Bataille | | | | 7 Consideration by Court of proposed plea agreement [(1)(I)]<br>I Prosecution deferred by mutual agreement [(2)]<br>M Unavailability of defendant or essential witness [(3)(A,B)]<br>N Period of mental/physical incompetence of def. to stand trial [(4)]<br>O Period of NARA commitment/treatment [(5)]<br>P Superseding indictment and/or new charges [(6)] |
| | | | | | |  |
| | | | | | | R Def. awaiting trial of co-defendant & no severance has been granted [(7)]<br>T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]<br>T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,ii)]<br>T2 Case unusual or complex [(8)(B,ii)] |
| | | | | | |  |
| | | | | | | T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]<br>T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]<br>U Time up to withdrawal guilty plea, 3161(i)<br>W Grand Jury indictment time extended 30 more days, 3161 (b) |